# The Supreme Court of the State of Louisiana

**IN RE: MARTIN EDWARD REGAN, JR.**

**No. 2021-OB-00370**

------

IN RE: Disciplinary Counsel - Applicant Other; Petition for Transfer to Disability Inactive Status Pursuant to Rule XIX, Sec. 22;

------

**July 28, 2021**

Transferred to interim disability inactive status. See order.

JLW

JDH

SJC

JTG

WJC

JBM

PDG

Supreme Court of Louisiana
July 28, 2021

*Katie Marjanovic*
_____
Chief Deputy Clerk of Court
For the Court

07/28/21

SUPREME COURT OF LOUISIANA

NO. 2021-OB-0370

IN RE: MARTIN E. REGAN, JR.

ORDER

Considering the Petition for Transfer to Disability Inactive Status filed by the Office of Disciplinary Counsel, and the responses thereto filed by respondent,

IT IS ORDERED that Martin E. Regan, Jr., Louisiana Bar Roll number 11153, be and he hereby is transferred to interim disability inactive status pending an expedited hearing before a hearing committee pursuant to Supreme Court Rule XIX, § 22.

IT IS FURTHER ORDERED that within fifteen days of the conclusion of the hearing, the hearing committee shall file its report and recommendation, under seal, in this court, addressing the committee's specific findings with regard to whether respondent should be transferred to disability inactive status. All disciplinary proceedings shall be stayed pending this determination.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2021.

FOR THE COURT:

_____
JUSTICE, SUPREME COURT OF LOUISIANA